## STANLEY MLYNEK *v.* DANUTA MLYNEK

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 902 (AC 18310), is denied.

*Danuta Mlynek*, pro se, in support of the petition.

Decided January 12, 1999

## SAYBROOK BANK AND TRUST COMPANY ET AL. *v.* JOHN T. O'REILLY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 18554) is denied.

*James T. O'Reilly*, pro se, in support of the petition.

Decided January 12, 1999

## LOUIS ESPOSITO *v.* HARRISON INGRAM, JR.

The defendant's petition for certification for appeal from the Appellate Court (AC 18631) is denied.

*Mark S. Rosenblitt*, in support of the petition.

Decided January 12, 1999

## STATE OF CONNECTICUT *v.* ANDRE COARDES

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 112 (AC 16491), is denied.